On appellant's petition for reconsideration filed March 26, 2020; reconsideration allowed, former opinion (303 Or App 101, 463 P3d 20) modified and adhered to as modified February 3, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ANTHONY MORGAN MAILMAN,
*Defendant-Appellant.*

Union County Circuit Court
M21794; A162173

480 P3d 339

Russell B. West, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Erin J. Snyder Severe, Deputy Public Defender, Office of Public Defense Services, for petition.

Before Lagesen, Presiding Judge, and DeVore, Judge, and James, Judge.

PER CURIAM

Reconsideration allowed; former opinion modified and adhered to as modified.

**PER CURIAM**

Defendant has petitioned for reconsideration of our opinion in *State v. Mailman*, 303 Or App 101, 463 P3d 20 (2020). In our original opinion, we neglected to rule on the assignments of error raised in defendant's supplemental brief, wherein defendant challenged the trial court's instruction that the jury could reach a nonunanimous verdict. Defendant filed a petition for reconsideration, asking us to address his supplemental assignments of error. We held our decision pending resolution of *Ramos v. Louisiana*, 590 US ___, 140 S Ct 1390, 206 L Ed 2d 583 (2020), as well as cases subsequently taken under advisement by the Oregon Supreme Court that presented *Ramos* issues.

Those cases have now issued, and one of them, *State v. Dilallo*, 367 Or 340, 478 P3d 509 (2020), is controlling. At trial, defendant did not object to the instruction, nor was the jury polled. Accordingly, we reject defendant's unpreserved argument in light of *Dilallo*.

Reconsideration allowed; former opinion modified and adhered to as modified.